IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO CHAVEZ CORTEZ,

    Plaintiff,                     No. CIV S-07-2137 GEB GGH P

    vs.

CITY OF WEST SACRAMENTO
POLICE DEPARTMENT, et al.,

    Defendants.          ORDER
_____/

        Plaintiff, a prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. While plaintiff's application is filed on the form used by this district, it is incomplete. Plaintiff has not included the section of the form requiring certification of his trust account by jail officials. Plaintiff also did not file a copy of his jail trust account statement for the six month period immediately preceding the filing of his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

/////

/////

1

1  2. The Clerk of the Court is directed to send plaintiff a new Application to
Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: 10/27/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

cort2137.3c