IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO CHAVEZ CORTEZ,

      Plaintiff,                          No. CIV S-07-2137 GEB GGH P

      vs.

WEST SACRAMENTO POLICE DEPARTMENT, et al.,

      Defendants.

                          /               <u>ORDER</u>

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2007, the court found that the complaint stated a colorable claim for relief against defendant Gill. The court found that the complaint contained no colorable claims against the remaining defendants. The court granted plaintiff thirty days to file an amended complaint.

        Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendant Gill and separately recommends dismissal of all claims but for those against defendant Gill.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Gill.

1

1      2. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an
2  instruction sheet and a copy of the complaint filed October 10, 2007.
3      3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5      a. The completed Notice of Submission of Documents;
6      b. One completed summons;
7      c. One completed USM-285 form for each defendant listed in number 3
8      above; and
9      d. Two copies of the endorsed complaint filed October 10, 2007.
10     4. Plaintiff need not attempt service on defendants and need not request waiver of
11 service.  Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.
14 DATED: 03/04/08
15                                             /s/ Gregory G. Hollows
16                                             UNITED STATES MAGISTRATE JUDGE
17
18 cor2137.1
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO CHAVEZ CORTEZ,

      Plaintiff,

  vs.

WEST SACRAMENTO POLICE DEPARTMENT, et al.,

      Defendants.

No. CIV S-07-2137 GEB GGH P

NOTICE OF SUBMISSION
OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____

            Complaint/Amended Complaint

DATED:

                                              _____
                                            Plaintiff