IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO CHAVEZ CORTEZ,

    Plaintiff,                      No. CIV S-07-2137 GEB GGH P

    vs.

WEST SACRAMENTO POLICE DEPARTMENT, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

         Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2007, the court found that the complaint stated a colorable claim for relief against defendant Gill. The court found that the complaint contained no colorable claims against the remaining defendants. The court granted plaintiff thirty days to file an amended complaint.

         Thirty days passed and plaintiff did not file an amended complaint. Accordingly, for the reasons stated in the December 20, 2007, order the court separately orders service of defendant Gill and recommends dismissal of all claims but for those against defendant Gill.

         IT IS HEREBY RECOMMENDED that all claims contained in the complaint but for those against defendant Gill be dismissed.

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

8  DATED: 03/04/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

cor2137.56